JAMES H. ALEXANDER, administrator, plaintiff in error, *vs.* JOHN G. MARTIN, administrator, defendant in error.

Suit on a note due in 1861 by an administrator whose letters were granted on the 3d of July, 1871, not brought until the 10th of October, 1872, was barred by the act of limitation of 1869: 50th *Georgia*, 382.

Administrators and executors. Statute of limitations. Before Judge HARRIS. Liberty Superior Court. May Term, 1875.

Reported in the opinion.

RUFUS E. LESTER, by brief, for plaintiff in error.

J. W. FARMER, by brief, for defendant.

JACKSON, Judge.

Suit on a promissory note, due in 1861, was brought by the administrator on the 10th of October, 1872. Letters of administration were granted the 3d of July, 1871. More than nine months and fifteen days intervened between the grant of letters and the suit; therefore, the suit is barred by the equitable construction given that act by this court in the case of *The Moravian Seminary vs. Atwood*, 50th *Georgia*, 382, and the court was right in granting the non-suit.

Judgment affirmed.